UNITED STATES of America, Plaintiff–Appellee,

v.

Samuel Lee MIDDLETON, Defendant–Appellant.

No. 05–10148

Non–Argument Calendar.

D.C. Docket No. 04–14049–CR–KAM.

United States Court of Appeals, Eleventh Circuit.

Sept. 1, 2005.

Leon Daniel Watts, West Palm Bch, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM.

Leon Daniel Watts, counsel for Samuel Lee Middleton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Middleton's conviction and sentence are AFFIRMED.